ANDREW E. MONACH (CA SBN 87891)
RICHARD S. J. HUNG (CA SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: amonach@mofo.com; rhung@mofo.com
*Attorneys for Plaintiff/Counterdefendant SAFLINK Corp.*

ROBERT A. VAN NEST (CA SBN 84065)
DAVID J. SILBERT (CA SBN 173128)
CLEMENT S. ROBERTS (CA SBN 209203)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone: (415 391-5400
Facsimile: (415) 397-7188
*Attorneys for Defendant/Counterclaimant
Digital Persona, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAFLINK CORP., | Case No.   C-05-1554-MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DATE FOR FILING JOINT CLAIM CONSTRUCTION STATEMENT** |
| v. | |
| DIGITAL PERSONA, INC., | |
| Defendant. | |

## STIPULATION

WHEREAS, the parties in this patent-infringement action have disclosed their proposed claim terms to be construed and proposed constructions of those terms pursuant to Patent L.R. 4-1 and 4-2, and they are currently meeting and conferring about those disclosures; and

WHEREAS, under the existing schedule, the parties' Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 is due on Monday, December 19; and

WHEREAS, the parties jointly desire that this date be continued for a short time, and agree that the need for a brief continuance has arisen for several reasons, including that the parties previously suspended litigation activities for approximately two weeks to discuss potential settlement; and

WHEREAS, the parties are not proposing any continuance of the dates for filing claim-construction briefs, or of the claim-construction hearing;

NOW THEREFORE, the parties hereby stipulate, and jointly request that the Court order, that the date for filing the Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3 be continued to January 5, 2006.

Respectfully submitted,

Dated: December 16, 2005    MORRISON & FOERSTER LLP

By: _____/S/_____
Richard S. J. Hung

*Attorneys for Plaintiff/Counterdefendant*
*SAFLINK CORP.*

Dated: December 16, 2005    KEKER & VAN NEST LLP

By: _____/S/_____
David J. Silbert

*Attorneys for Defendant/Counterclaimant*
*DIGITAL PERSONA, INC.*

I attest that David J. Silbert has authorized me to electronically sign this document on his behalf.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-1554-MMC

sf-2052043

1
2   Dated: December 16, 2005            MORRISON & FOERSTER
3                                        By: _____/S/_____
                                              Richard S.J. Hung
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-1554-MMC

sf-2052043

1  **[PROPOSED] ORDER**

2  Good cause appearing, IT IS SO ORDERED. The parties shall file their Joint Claim

3  Construction and Prehearing Statement pursuant to Patent L.R. 4-3 on or before January 5, 2006.

4

5  Dated: December 19, 2005

6

7  _____
   Honorable Maxine M. Chesney
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-1554-MMC

sf-2052043