1  ANDREW E. MONACH (CA SBN 87891)
   RICHARD S. J. HUNG (CA SBN 197425)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, CA  94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522
   Email: amonach@mofo.com; rhung@mofo.com
5  *Attorneys for Plaintiff/Counterdefendant SAFLINK Corp.*

6

7  ROBERT A. VAN NEST (CA SBN 84065)
   DAVID J. SILBERT (CA SBN 173128)
   CLEMENT S. ROBERTS (CA SBN 209203)
8  KEKER & VAN NEST LLP
   710 Sansome Street
9  San Francisco, CA  94111-1704
   Telephone: (415 391-5400
10 Facsimile: (415) 397-7188
   *Attorneys for Defendant/Counterclaimant*
11 *Digital Persona, Inc.*

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                         **SAN FRANCISCO DIVISION**

16  SAFLINK CORP.,                          Case No.    C-05-1554-MMC

17                 Plaintiff,               **STIPULATION AND ORDER RE:
                                            DATES FOR FILING CLAIM**
18        v.                                **CONSTRUCTION BRIEFS**

19  DIGITAL PERSONA, INC.,

20                 Defendant.

21

28  STIPULATION AND [PROPOSED] ORDER
    CASE NO. C-05-1554-MMC

    sf-2052043

## STIPULATION

WHEREAS, the parties in this patent-infringement action are actively engaged in settlement discussions that may avoid the need for claim construction briefing or a claim construction hearing entirely;

WHEREAS, under the existing schedule, SAFLINK's Opening Brief on Claim Construction pursuant to Patent L.R. 4-5(a) is due on January 30, 2006;

WHEREAS, under the existing schedule, Digital Persona's Responsive Brief on Claim Construction pursuant to Patent L.R. 4-5(b) is due on February 13, 2006;

WHEREAS, under the existing schedule, SAFLINK's Reply Brief on Claim Construction pursuant to Patent L.R. 4-5(c) is due on February 23, 2006;

WHEREAS, the parties jointly desire that the preceding briefing dates be continued for one week so that they may continue to focus on settling this matter and potentially avoid the cost of preparing claim construction briefs;

WHEREAS, the parties are _not_ proposing any change to the schedule that would affect the date for the Claim Construction Hearing currently scheduled for March 13, 2006, and the parties have only sought one prior extension for the Joint Claim Construction Statement with no impact on the Court's schedule;

NOW THEREFORE, the parties hereby stipulate, and jointly request that the Court order, that the dates for filing their claim construction briefs pursuant to Patent L.R. 4-5 be continued by one week to February 6, 2006 (Opening Brief), February 21, 2006 (Responsive Brief), and February 27, 2006 (Reply Brief).

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-1554-MMC

sf-2052043

Respectfully submitted,

Dated: January 27, 2006        MORRISON & FOERSTER LLP

By: _____/S/ Richard S. J. Hung_____
　　　　　Richard S. J. Hung

*Attorneys for Plaintiff/Counterdefendant*
*SAFLINK CORP.*

Dated: January 27, 2006        KEKER & VAN NEST LLP

By: _____/S/ David J. Silbert_____
　　　　　David J. Silbert

*Attorneys for Defendant/Counterclaimant*
*DIGITAL PERSONA, INC.*

I attest that David J. Silbert has authorized me to electronically sign this document on his behalf.

Dated: January 27, 2006        MORRISON & FOERSTER

By: _____/S/ Richard S. J. Hung_____
　　　　　Richard S.J. Hung

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-1554-MMC

sf-2052043

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

- SAFLINK shall file its Opening Claim Construction Brief on or before February 6, 2006;
- Digital Persona shall file its Responsive Brief on Claim Construction on or before February 21, 2006; and
- SAFLINK shall file its Reply Brief on Claim Construction on or before February 27, 2006.

Dated:  January 30, 2006

_____
Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-1554-MMC

sf-2052043