ANDREW E. MONACH (CA SBN 87891)
RICHARD S. J. HUNG (CA SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: amonach@mofo.com; rhung@mofo.com
*Attorneys for Plaintiff/Counterdefendant SAFLINK Corp.*

ROBERT A. VAN NEST (CA SBN 84065)
DAVID J. SILBERT (CA SBN 173128)
CLEMENT S. ROBERTS (CA SBN 209203)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone: (415 391-5400
Facsimile: (415) 397-7188
*Attorneys for Defendant/Counterclaimant
Digital Persona, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAFLINK CORP., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL PERSONA, INC., <br><br> Defendant. | Case No.   C-05-1554-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING CLAIM CONSTRUCTION BRIEFS** |

367701.01
STIPULATION AND [PROPOSED] ORDER

sf-2052043

# STIPULATION

WHEREAS, the parties in this patent-infringement action have reached an agreement in principle, subject to the drafting and execution of final documents, which will resolve the litigation; and

WHEREAS, the parties have exchanged drafts of those final documents, but require some additional time to complete those documents; and

WHEREAS, under the existing schedule, Digital Persona's Responsive Brief on Claim Construction pursuant to Patent L.R. 4-5(b) is due today, March 6, 2006; SAFLINK's Reply Brief on Claim Construction pursuant to Patent L.R. 4-5(c) is due on March 13, 2006; and the claim construction hearing is set for March 27, 2006; and

WHEREAS, the parties jointly desire that the preceding briefing dates be continued for one additional week, and that the claim-construction hearing also be continued for one additional week, or as soon thereafter as is convenient for the Court, to allow the parties to complete those final settlement documents which, upon execution, would obviate the need for any briefing or hearing;

NOW THEREFORE, the parties hereby stipulate, and jointly request that the Court order, that the dates for filing their claim construction briefs pursuant to Patent L.R. 4-5 be continued by one week to March 13, 2006 (Responsive Brief) and March 20, 2006 (Reply Brief), and that the Court continue the claim construction hearing until April 3, 2006, or such date thereafter as is convenient for the Court.

Respectfully submitted,

Dated: March 6, 2006        MORRISON & FOERSTER LLP

By: _____/S/_____
Richard S. J. Hung

*Attorneys for Plaintiff/Counterdefendant*
*SAFLINK CORP.*

367701.01
STIPULATION AND [PROPOSED] ORDER

sf-2052043

1  Dated: March 6, 2006          KEKER & VAN NEST LLP

2
                                 By: _____/S/_____
3                                              David J. Silbert

4                                *Attorneys for Defendant/Counterclaimant*
                                 *DIGITAL PERSONA, INC.*
5

6
   I attest that Richard S.J. Hung has authorized me to electronically sign this document on
7
   his behalf.
8

9
   Dated: March 6, 2006          KEKER & VAN NEST, LLP
10
                                 By: _____/S/_____
11                                             David J. Silbert

367701.01
STIPULATION AND [PROPOSED] ORDER

sf-2052043

1 **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that:

- Digital Persona shall file its Responsive Brief on Claim Construction on or before March 13, 2006;
- SAFLINK shall file its Reply Brief on Claim Construction on or before March 20, 2006; and
- The claim construction hearing is continued from March 27, 2006 to April 3, 2006, at 9:00 a.m.

Dated: March 10, 2006

_____
Honorable Maxine M. Chesney
United States District Judge

367701.01
STIPULATION AND [PROPOSED] ORDER

sf-2052043